UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERIEHMIE J. FRANETICH,<br><br>          Plaintiff,<br><br>  vs.<br><br>SPOKANE COUNTY JAIL, UNITED STATES MARSHALS, BENTON COUNTY CORRECTIONS FACILITY (JAIL),<br><br>          Defendants. | NO.  CV-07-311-FVS<br><br>ORDER DISMISSING COMPLAINT<br><br>**1915(g)** |

    By Order filed February 11, 2008, the court advised Plaintiff of the deficiencies of his initial complaint and directed him to amend or voluntarily dismiss the complaint (Ct. Rec. 7).  A copy of this Order sent to Plaintiff at the Spokane County Jail was returned as undeliverable on February 12, 2008.  Several more attempts have been made to send a copy of this Order to Plaintiff at the Spokane County Jail and the Benton County Jail, as well as through Plaintiff's appointed counsel in a federal criminal matter.  Plaintiff, has not kept the court apprized of his current address and he has filed nothing further in this action.

    In his complaint, Mr. Franetich failed to allege facts from which the court could infer identified Defendants were deliberately

ORDER DISMISSING COMPLAINT -- 1

indifferent to his serious medical needs.  *See Farmer v. Brennan,* 511 U.S. 825, 837 (1994).  Furthermore, he failed to assert facts from which the court could infer the named Defendants, Spokane County Jail and Benton County Corrections Facility (Jail) engaged in a policy or custom that resulted in a violation of his constitutionally protected rights.  *Gobel v. Maricopa County*, 867 F.2d 1201, 1206 (9th Cir. 1989), (*citing Monell v. New York City Dep't of Social Services*, 436 U.S. 658, 690-94 (1978)).

   Finally, Plaintiff failed to identify which U.S. Marshal violated his constitutionally protected rights, when and how such violation occurred, or state how such individual was acting under color of state law as required by 42 U.S.C. § 1983.  Having granted Plaintiff the opportunity to amend or voluntarily dismiss, **IT IS ORDERED** the complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted.  28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

   Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**.  **This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

ORDER DISMISSING COMPLAINT -- 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this   23rd   day of June 2008.

            s/ Fred Van Sickle
            FRED VAN SICKLE
            UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 3